

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

March 29, 2018

<u>VIA ECF</u>
The Honorable Ronnie Abrams, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Fischler v. Balenciaga Am. Inc.</u>, Index No. 1:18-cv-2633 (RA)

Dear Judge Abrams:

    This firm represents the Plaintiff, and we submit this letter on behalf of all parties to advise the Court that this matter has been amicably resolved. The parties accordingly respectfully request (i) that this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty (30) days of the Court's Order if the settlement is not consummated, and (ii) that the June 8, 2018, 2:15 p.m., Initial Pretrial Conference be adjourned *sine die*.

    We appreciate the Court's attention to this submission.

    Respectfully submitted,
    LIPSKY LOWE LLP


    <u>s/ Douglas B. Lipsky</u>
    Douglas B. Lipsky


Cc: Shira M. Blank (sblank@ebglaw.com)